IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL H. DELGADO VILLEGAS,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 25-6143 |
| | : | |
| **PAMELA BONDI,** *et al.*, | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 12th day of December, 2025, upon consideration of Petitioner's Status Report (Doc. No. 10), in which he requests that I "order his immediate release from ICE custody under appropriate conditions of supervision," or, in the alternative, that I "conduct a prompt individualized bond hearing" myself, it is hereby **ORDERED** that Respondent **SHALL** file a response **on or before** December 19, 2025 at noon.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.