**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GABRIEL H. DELGADO VILLEGAS,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 25-6143** |
| | : | |
| **PAMELA BONDI,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 5th day of January, 2026, upon consideration of Petitioner's Status Report (Doc. No. 14), in which he requests that I "order his immediate release from ICE custody under appropriate conditions of supervision," or, in the alternative, that I "conduct a prompt individualized bond hearing" myself, it is hereby **ORDERED** that Respondent **SHALL** file a response **on or before** **January 6, 2026 at noon**.

                                        **AND IT IS SO ORDERED.**


                                        */s/ Paul S. Diamond*
                                        _____
                                        Paul S. Diamond, J.