**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GABRIEL H. DELGADO VILLEGAS,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **Civ. No. 25-6143** |
| | : | |
| **PAMELA BONDI,** *et al.*, | : | |
| Respondents. | : | |
| | : | |

## O R D E R

**AND NOW**, this 19th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.